

RECEIVED

16 JAN 19 ⁻⁴ 4: 34

**United States District Court
for the Western District
Western Division
Memphis, Tennessee**

**Anthony T. Grose, Sr.,**
    **Plaintiff, pro se, litigant**

USDC Civil Action No. _____
Requested Jury Trial

vs.                              EEOC (OFO) Appeal Reconsideration No. 0520160077
                                 EEOC (OFO) Appeal No. 0120110241
                                 EEOC Memphis District Hearing No. 490-2008-00219X
                                 IRS Agency No. DFS-07-0853-F

**Jacob J. Lew, et al**
    **Secretary,**
**Department of the Treasury**
**(Internal Revenue Service)**
    **Agency,**

_____

The Plaintiff submits this timely complaint, upon the USDC WDTN in the above listed matter.  On "appeal and appeal reconsideration."  The EEOC (OFO) renders a DECISION on October 15, 2015.  After several attempts to expeditiously get a copy of the EEOC (OFO) Decisions the appellant informed the EEOC (OFO) of a timely "defective service of process" of non-receipt to the DECISION made in the attached appeal.  Which the EEOC (OFO) responded to the plaintiff's November 19, 2015 correspondence and re-mail to the plaintiff address of record the October 15, 2015 Decisions see postmark on November 30, 2015 with attached exhibits and correspondence.

<u>Plaintiff asserts that he received the EEOC (OFO) DECISION of this APPEAL on December 5, 2015.</u>  Subsequently the **EEOC (OFO) under this appeal issued on 10-30-2015 a Reconsideration of this appeal under No. 052016077** after, telephone inquiries back and forth among the parties, the EEOC (OFO) close the appeal reconsideration" on?_____.  Known at this time?  Upon equitable tolling of these extenuating document unforeseen circumstances (it appears as though the EEOC (OFO) has tried to trick, delay the plaintiff into filling his lawsuit beyond the 90 days right to sue letter decision) this complaint is herein is timely being filed in a United States District Court.

This is a employment law discrimination case of:  (1) Desperate Treatment; (2) Desperate Impact; (3) Cat's Paw; and (4) Mixed Motive theories that are base on the agency employees, the federal health occupation medical physician, and the agency Internal EEO decision makers negligence, neglect in this case which violated the agency polices of Reasonable Accommodations that:

1. Denied the Plaintiff - Reasonable Accommodations' Request.
   That request for damages equates to  $300,000.00;
2. Denied the Plaintiff – "Reconsideration" of DENIED Accommodations Requested
   That request for damages equates to  $300,000.00;
3. A claim of employer retaliation, hostile work environment under 1 and 2.
   That request for damages equates to  $300,000.00;
4. That was motivating contributing factors of decisions that resulted to the plaintiff's
   forced constructive discharge.
   That request for damages equates to $300,000.00

For a **Demanded Total of $1200000.00**  for Punitive, Compensatory, Injunctive relief damages
and other damages as the court may award, not including at this time associated attorney fees, and
other related cost, expense to litigate, this lawsuit.

**Exhibit (s)**

(1) EEOC (OFO) Nov 30, 2015 Postmark and Correspondence
   with attached DECISION Appeal 0120110241 render on OCT 15, 2015
(2) Plaintiff Dec 28, 2015 FOIA Request, Confirmation Receipt of Decision received on 12-05-2015
(3) EEOC (OFO) Dec 29, 2015 Postmark Appeal Reconsideration # 052016007 Docketed
   and presumed closed.

Anthony T. Grose, Sr.,
pro se litigate,  01/19/2016

## CERTIFICATE OF SERVICE

I Anthony T. Grose, Sr., certify that I have served upon the following via U. S. Postal Service traceable means the following civil action lawsuit herein. And upon receipt will present to the USDC WDTN the confirmation receipt for the Defendant's to answer the complaint.

Loretta Lynch
Attorney General of the United States
U. S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Edward L. Stanton, III
Assistant U. S. Attorney
for the Western District of Tennessee
160 N. Main St. Suite 800
Memphis, TN 38103

Mariam G. Harvey, Director EO Programs
Department of the Treasury
Office of Civil Rights and Diversity
1500 Pennsylvania Avenue NW
Attn: Met Square, Suite 445
Washington, DC 20220

Anthony T. Grose, Sr.,
pro se, litigant   Jan 19, 2016

ANTHONY GROSE
4192 SABLE DR.
MEMPHIS, TN 38128